UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>            Plaintiff,<br><br>       v.<br><br>RUDY ANAYA,<br><br>            Defendant. | CASE NO. 1:15-CV-856-DAD-SMS<br><br>ORDER SCREENING PLAINTIFF'S FIRST AMENDED COMPLAINT AND DIRECTING CLERK TO ISSUE SUMMONS AND NEW CASE DOCUMENTS |

Plaintiff Paul Weldon proceeds *in pro se* in this action against defendant Rudy Anaya, a police officer. His first amended complaint is before the Court for screening. Taking the allegations as true and construing the pleadings liberally, Plaintiff's first amended complaint states cognizable claims for a civil rights violation under 42 U.S.C. § 1983 and false imprisonment under California law. See Doc. 5.

Therefore, it is hereby ORDERED:

1. The Clerk of Court is DIRECTED to issue summons as to the defendant, Rudy Anaya;
2. The Clerk of Court is DIRECTED to issue and serve Plaintiff with New Case Documents, including setting an Initial Scheduling Conference;
3. Plaintiff is cautioned that he must achieve service of process within the time period set forth in Fed. R. Civ. P. 4 or the matter may be dismissed.

IT IS SO ORDERED.

Dated:   **December 9, 2015**                    **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE