1  DOUGLAS T. SLOAN, City Attorney
2  CITY OF FRESNO
   By:  Erica M. Camarena, Supervising Deputy City Attorney (#227981)
3  *(Erica.Camarena@fresno.gov)*
   2600 Fresno Street, Room 2031
4  Fresno, California 93721-3602
   Telephone:  (559) 621-7500
5  Facsimile: (559) 488-1084

6
7  Attorneys for Defendant RUDY ANAYA

8
9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11
12  PAUL WELDON,                        ) Case No.: 1:15-CV-00856-DAD-MJS
                                        )
13          Plaintiff,                  ) **REQUEST TO VACATE SETTLEMENT**
                                        ) **CONFERENCE AND ORDER**
14      vs.                             )
                                        )
15  RUDY ANAYA                          )
                                        )
16          Defendant.                  )
17                                      )
                                        )
18                                      )

19

20      Defendant, City of Fresno Police Officer, Rudy Anaya ("Anaya"), hereby requests an
21  order from this Honorable Court vacating the Settlement Conference currently scheduled on
22  November 30, 2016, at 11:00 a.m.
23      In accordance with the Scheduling Order on file herein, the parties are "DIRECTED" to
24  contact this Court's staff if it is clear this case is not in a settlement posture, to either make
25  arrangements for a continuance or to take it off calendar. (Scheduling Order at Court Docket No.
26  14 at 10:3-6.)
27  ///
28

1

Here, Officer Anaya does not believe this case is in a settlement posture as Plaintiff, Paul Weldon ("Weldon") has failed to produce any evidence of liability, much less damages, to support his case. As such, Officer Anaya is not in a position to offer any meaningful settlement.

DATED: November 23, 2016         Respectfully submitted,

                                 DOUGLAS T. SLOAN
                                 City Attorney


                                 By:    /s/ Erica M. Camarena
                                         ERICA M. CAMARENA
                                         Supervising Deputy City Attorney
                                         Attorneys for Defendant, RUDY ANAYA


**ORDER**

Having read and considered Defendant's request to vacate the Mandatory Settlement Conference and having determined good cause exists, the Court GRANTS this request and hereby VACATES the Settlement Conference on November 30, 2016, at 11:00 a.m.

IT IS SO ORDERED.

Dated:   **November 28, 2016**                    _____
                                                  UNITED STATES MAGISTRATE JUDGE